# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAMARA CRAIG,**

      **Plaintiff,**

**v.**                                                    Case No:   6:16-cv-703-Orl-31TBS

**AETNA LIFE INSURANCE COMPANY,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. 21), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk has closed this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 17, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties